# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.
Peter Willey

Defendant

)
)
)
)
)
)
)

Case: 1:23-mj-234
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date:8/30/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Peter Willey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds.

Date: 08/30/2023

_Zia M. Faruqui_
*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/30/23, and the person was arrested on *(date)* 8/31/23
at *(city and state)* Roanoke, VA.

Date: 8/31/23

*Arresting officer's signature*

Ryan Kennedy  Special Agent
*Printed name and title*